In the Matter of NEW CREEK BLUEBELT, PHASE 4. CITY OF NEW YORK, Respondent; GAETANO DEMETRIO, Appellant.

Submitted January 31, 2011; decided March 31, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Appellant, v NEW YORK STATE COMMISSION OF CORRECTION, Respondent.

Submitted January 18, 2011; decided March 31, 2011

Motion by the Legal Aid Society of the City of New York and Prisoners' Legal Services of New York for leave to file a joint brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a joint brief amici curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.

In the Matter of DAVID A. RIGLE, Appellant, v RICHARD F. DAINES, as Commissioner of Health, et al., Respondents.

Decided March 31, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.